1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     MICHAEL FIORITO,                                No.  2:24-cv-0990 CKD P

12                    Plaintiff,

13            v.                                        ORDER

14     UNITED STATES OF AMERICA,

15                    Defendant.

16

17            Plaintiff, a federal inmate proceeding pro se, has filed a civil rights action pursuant to

18     Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).  Plaintiff has not,

19     however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the

20     $55.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the

21     opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

22     pauperis or to submit the required fees totaling $405.00.

23            Plaintiff is cautioned that the in forma pauperis application form includes a section that

24     must be completed by a prison official, and the form must be accompanied by a certified copy of

25     plaintiff's prison trust account statement for the six-month period immediately preceding the

26

27     ---

        [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
        but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28     required to pay the $55.00 administrative fee.

                                                       1

1    filing of this action.

2         In accordance with the above, IT IS HEREBY ORDERED that:

3         1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

4    support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

5    the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result

6    in a recommendation that this action be dismissed; and

7         2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

8    Forma Pauperis By a Prisoner.

9    Dated:  April 7, 2024

10   _____
     CAROLYN K. DELANEY
11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17   12/fior0990.3a

18

19

20

21

22

23

24

25

26

27

28

                                    2