UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO, | No. 2:24-cv-0990-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On February 10, 2025, the court found service of the complaint appropriate and ordered plaintiff to complete forms and submit required documents to the court for the purpose of the court directing the United States Marshal to serve the defendant. (ECF No. 10.) On April 10, 2025, the court noted plaintiff had submitted an incomplete USM-285 form, with no service address, and without the required copies of the operative complaint. (ECF No. 15.) Accordingly, the court provided plaintiff further forms, ordered plaintiff to return the completed forms and required copies within 30 days, and warned plaintiff that failure to do so would result in a recommendation that this action be dismissed. (ECF No. 15.)

Plaintiff has not returned the completed forms and required copies. Instead, plaintiff has filed a motion requesting various relief including advice on how to complete the USM-285 form, for accommodations for disabilities, and for an extension of time. (ECF No. 16.)

1

Plaintiff's request labeled as a request for accommodations for disabilities affecting court access is denied because plaintiff has not established that any specific accommodation is warranted for the purpose of litigating this case. Plaintiff's request for instruction on how to complete the USM-285 form is also denied. The court does not give legal or procedural advice. This policy applies to all parties, including attorneys and pro se litigants.

Plaintiff's request for another replacement copy of the complaint is also denied. Plaintiff has been provided two file-stamped copies of the complaint free of charge. (See ECF Nos. 10. 15.) Plaintiff states correctional staff misplaced his copy of the complaint sometime before March 14, 2025. After that, the Clerk of the Court provided plaintiff the second copy of the complaint pursuant to the court's order signed on April 10, 2025. The Clerk of the Court does not ordinarily provide free copies of case documents to parties, even those proceeding in forma pauperis. See Hullom v. Kent, 262 F.2d 862, 863 (6th Cir. 1959) (holding the statutory right to proceed in forma pauperis does not include the right to obtain free copies of court orders). Plaintiff is responsible for maintaining his own records for this proceeding. Plaintiff may ask the Clerk of Court for photocopies at the rate of $0.50 per page.

Plaintiff's request for an extension of time will be granted. Plaintiff is granted an extension of time of 60 days from the date of this order to submit the documents necessary for the court to direct the United States Marshal to serve the defendant.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for clarification and accommodation (ECF No. 16) is DENIED except to the extent that plaintiff is GRANTED an extension of time of 60 days from the date of this order to submit the documents required by the court's order dated February 10, 2025.
2. No further extensions of time for this purpose will be granted without a good cause showing based on circumstances outside of plaintiff's control.

Dated: May 7, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, fior0990.36usm2