UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO, | No. 2:24-cv-0990-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff initiated this action while in federal prison and proceeds pro se and in forma pauperis. On August 19, 2025, the undersigned recommended this case be dismissed for plaintiff's failure to submit documents necessary to serve defendant, the United States, and for failure to prosecute. (ECF No. 18.) In response, plaintiff filed a motion seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure which the court construes as objections to the pending findings and recommendations.

Plaintiff's declaration submitted in support of his pending motion states he mailed a completed USM-285 form to this court on July 19, 2025, using the outgoing mail bin he must use at his transitional housing facility, and provides evidence he has reported ongoing mail theft. (ECF No. 18.) Plaintiff also includes a copy of a USM-285 form he previously mailed to this court. (See ECF No. 18 at 15-17.) Good cause appearing, the undersigned will vacate the findings and recommendations to dismiss this case for failure to prosecute.

1

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion titled motion for relief from judgment (ECF No. 19) is construed as objections to the findings and recommendations filed on August 19, 2025; so construed, the motion is granted to the extent that the objections are accepted.
2. The findings and recommendations filed on August 19, 2025 (ECF No. 18) are VACATED.

Dated: September 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

fior0990.vacfr

2