UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO, | No.  2:24-cv-0990-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiff proceeds without an attorney under the Federal Tort Claims Act against the United States of America. On January 26, 2026, defendant filed a motion to dismiss. (ECF No. 28.) Plaintiff has not timely opposed the motion to dismiss or filed a statement of non-opposition. Pursuant to Local Rule 230(l), plaintiff's opposition, if any, to the granting of the motion was due 21 days after the date of service of the motion.

Plaintiff is informed that Local Rule 230(l) further provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion[.]" Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Plaintiff is hereby cautioned that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

1

In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

With these additional cautions in place, the court will grant plaintiff another opportunity to file an opposition to defendants' pending motion.

For the reasons set forth above, IT IS ORDERED that within 30 days from the date of this order, plaintiff shall file an opposition, if any, to defendant's motion to dismiss; defendants may file a reply within 14 days of any opposition. Plaintiff is cautioned that failure to file an opposition or otherwise respond to this order will be deemed as consent to have the motion to dismiss granted and consent to have this action dismissed for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  March 11, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 fior0990.ooppo

2