UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FIORITO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No.  2:24-cv-0990-TLN-CKD P

ORDER

Plaintiff proceeds without an attorney under the Federal Tort Claims Act. On January 26, 2026, defendant filed a motion to dismiss asserting this action is time-barred. (ECF No. 28.) The motion to dismiss is fully briefed. (ECF Nos. 30, 33.) Plaintiff now seeks leave to file a limited supplemental brief and evidence addressing his equitable tolling and prison mailbox rule showing in opposition to the motion to dismiss. (ECF No. 33.)

Good cause appearing, IT IS ORDERED that plaintiff's motion to file supplemental brief (ECF No. 33) is GRANTED; within 14 days from service of this order, plaintiff may file a supplemental brief not exceeding five pages in length excluding evidentiary attachments; defendant may file a final reply within 14 days of any further opposition.

Dated:  May 7, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 fior0990.supp

1