UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:24-cv-00990-TLN-CKD<br><br>**ORDER** |

Plaintiff Michael Fiorito ("Plaintiff"), a federal prisoner proceeding pro se, filed this action seeking relief under the Federal Tort Claims Act. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 43.) Neither party filed objections to the findings and recommendations, and the time to do so has elapsed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 11, 2026 (ECF No. 43) are ADOPTED in full;

2. Defendant's motion to dismiss (ECF No. 28) is DENIED.

3. Plaintiff's motion for disability accommodations and motion for an extension of time or, alternately, for equitable tolling (ECF Nos. 37, 38) are DENIED as moot to the extent they seek relief relevant to the court's determination whether plaintiff is entitled to equitable tolling.

4. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE