UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FIORITO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:24-cv-0990-TLN-CKD P

ORDER

Plaintiff proceeds without an attorney under the Federal Tort Claims Act. On September 22, 2026, the court denied defendant's motion to dismiss. (ECF No. 44.)

Accordingly, IT IS ORDERED as follows:

1. Defendant shall file an answer to plaintiff's operative complaint within 14 days of this order.
2. Plaintiff's second motion to file a supplemental brief in opposition to the motion to dismiss (ECF No. 40) is denied as having been rendered moot by the denial of the motion to dismiss.

Dated: 11/16/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 fior0990.answ